JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WOLFSON LIVING TRUST UAD 4/2/90, by TRUSTEE DAVID WOLFSON,<br><br>           Plaintiff,<br><br>    v.<br><br>STOCKCROSS FINANCIAL SERVICES INC.; THOMAS B. COOPER, PETER L. BOORN,<br><br>           Defendants. | Case No. CV 10-00342 DDP (AJWx)<br><br>**ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 30, 2010

_____
DEAN D. PREGERSON
United States District Judge